# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1552
Lower Tribunal No. 12-8046 CC
_____

**The Responsive Auto Insurance Company**,
Appellant,

vs.

**Central Therapy Center, Inc.,
a/a/o Luis Relova**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

The Vaccaro Law Firm, P.A., and Charles L. Vaccaro (Davie), for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Corredor & Husseini, P.A., and Maria E. Corredor, for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.